**Opinion issued December 31, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-01040-CR

———————————

## IN RE TIMOTHY DEWAYNE WRIGHT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Timothy Dewayne Wright, has filed a petition for writ of mandamus

to compel the respondent to hear his motions to suppress and applications for writ

of habeas corpus.[1]  The petition for writ of mandamus is denied.

---

[1]     The underlying case is *State v. Timothy Dewayne Wright*, cause number 1443972, pending in the 351st District Court of Harris County, Texas, the Honorable Mark Ellis presiding.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).